Petrich, J.

[No. 7652–7–II. Division Two. September 13, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSTY
BLAKE HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 83–1–00283–1, Alan R. Hallowell, J.,
entered February 23, 1984. *Affirmed* by unpublished
opinion per Petrie, J. Pro Tem., concurred in by Worswick,
C.J., and Petrich, J.

[No. 7546–6–II. Division Two. September 13, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. MELVIN
KEITH KALLINEN, *Appellant*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 83–1–00158–4, Milton R. Cox, J.,
entered November 10, 1983. *Affirmed* by unpublished
opinion per Petrie, J. Pro Tem., concurred in by Worswick,
C.J., and Alexander, J.

[No. 7596–2–II. Division Two. September 13, 1985.]

RONALD J. SARIS, *Appellant*, v. GREEN MOUNTAIN
SCHOOL DISTRICT No. 103, *Respondent*.

Appeal from a judgment of the Superior Court for Clark
County, No. 82–2–00984–2, J. Dean Morgan, J., entered
May 6, 1983. *Affirmed* by unpublished opinion per Petrie,
J. Pro Tem., concurred in by Worswick, C.J., and
Alexander, J.